**Order entered September 8, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01408-CR

**DONAVIN JOCOLYN JENNINGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81858-2014**

## ORDER

Appellant's September 6, 2016 motion to file late his first amended original brief is **GRANTED**. Appellant's first amended original brief received by the Clerk of the Court on September 6, 2016 is **DEEMED** timely filed on the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE